

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00653-CV

**IN THE INTEREST OF A.C.P.**, A.I.P., A.M.P., M.J-R.P., and M.C.S., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA01264
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the portion of the trial court's order appointing the Texas Department of Family and Protective Services as permanent managing conservator of the children made the subject of this suit is AFFIRMED. The portion of the trial court's order terminating the parental rights of Appellant (Mother) is REVERSED, and we RENDER judgment denying the Department's petition to terminate her parental rights. Because appellant is indigent, no costs are assessed.

SIGNED March 25, 2025.

_____
Velia J. Meza, Justice